**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EDGAR SEARCY,**

              **Plaintiff,**

**-vs-**                                                                            **Case No. 6:06-cv-763-Orl-22DAB**

**MICROSOFT CORPORATION,**
**AMERICA ONLINE CORPORATION,**
**AND THE U.S. ATTORNEY GENERAL,**

              **Defendants.**
_____

**ORDER**

This cause is before the Court on the Application to Proceed In Forma Pauperis (Doc. No. 2), and the Magistrate Judge's Report and Recommendation for Dismissal (Doc. No. 3).

The United States Magistrate Judge has submitted a report recommending that the application be denied and that the action be dismissed on the basis of *res judicata*.

The Plaintiff has filed Objections to the Magistrates Report, and a Notice of Withdrawal of Motion to Proceed In Forma Pauperis. After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Clerk is directed to terminate the Application to Proceed In Forma Pauperis (Doc. No. 2) since it has been withdrawn by the Plaintiff.

2. Plaintiff's Objections are overruled. The Report and Recommendation filed July 11, 2006 (Doc. No. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order with respect to dismissal of this action.

3. This case is hereby **DISMISSED** on the basis of *res judicata*.

4. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 28, 2006.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Edgar Searcy, *pro se*